# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

FILED ___ ENTERED
LOGGED ___ RECEIVED

DEC 2 1 2011

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

In the Matter of the Search of )
)
The Tobacco Stop located at 5 Bel Air South Parkway Suite )
1627, Bel Air Maryland 21015. This is a store front business with )
a glass front door and to the right of the door are two windows. ) Case No. 11-5331 SKG
The numbers 1627 are affixed above the glass entry door. )
)
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Harford County   District of   Maryland

5 Bel Air South Parkway Suite 1627, Bel Air Maryland 21015

The person or property to be searched, described above, is believed to conceal

SEE ATTACHMENT "A"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   December 24, 2011
(not to exceed 14 days)

[x] in the daytime 6:00 a.m. to 10 p.m.     [ ] at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____
Susan K. Gauvey

[ ] I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box) [ ] for _____ days (not to exceed 30).
[ ] until, the facts justifying, the later specific date of _____.

Date and time issued: 12/14/11                    _____
                                                    Judge's signature

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 11-5331 SKG | 12/14/11  11:40 AM | Dcv Hamac |

Inventory made in the presence of:
TFO David Metzler

Inventory of the property taken and name of any person(s) seized:

See attached form DEA 12

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/21/11

*Executing officer's signature*

Metzler, David TFO
*Printed name and title*

Case 1:11-mj-05331-SKG Document 4 Filed 12/21/11 Page 3 of 4

___ FILED  ___ ENTERED
___ LOGGED ___ RECEIVED

DEC 2 1 2011

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

## **ATTACHMENT A**

ATTACHMENT A

1. Records of narcotics transaction including, but not limited to, books, ledgers, cash register receipts, receipts, notes, and other papers relating to the manufacture, transportation, possession, and distribution of controlled substances.

2. Financial records reflecting narcotics-trafficking activity or the disposition of narcotics proceeds, including, but not limited to, currency, bank checks, cashiers checks, Western Union receipts, money orders, stocks, bonds, precious metals, and real estate records; invoices, bills of lading, cash register tapes, receipts, and other records showing shipments to and from the Target Location of "Hysteria."

3. Records that identify other co-conspirators in narcotics-trafficking and money-laundering activities, including but not limited to: address books, telephone books, rolodexes, telephones, pagers, or personal digital assistants with stored telephone information, notes reflecting telephone and pager numbers, photographs (to include still photos, negatives, movies, slides, video tapes, and undeveloped film), and audio tape recordings of conversations, including those made over telephone answering machines;

4. Records of travel that may reflect narcotics-related trips, including but not limited to, tickets, transportation schedules, passports, notes and receipts related to travel, and motel/hotel receipts;

5. Identification documents and indicia of occupancy, residency, and/or ownership of the premises, including keys, photographs, or documents;

6. Safes, combination or key-lock strong boxes or other secure storage containers, suitcases, locked cabinets and other types of locked or closed containers, and hidden compartments that may contain any of the foregoing.

All of which constitute evidence, fruits, and instrumentalities of violations of Title 21, Unites States Code, Sections 841(a) and 18 U.S.C. § 922(g).

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**

## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| TOBACCO STOP | FILE TITLE | |
| | DATE 12/14/2011 | |

**DIVISION/DISTRICT OFFICE**

BDO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 6 | BLACK BOXES W/ JARS W/ Green Substance | LOCATED IN MIDDLE STOCK ROOM - HESTER |
| 1 | BOX CONTAINING Approximately 300 numerous packs of 3gr "Hysteria" | LOCATED IN MIDDLE STOCK ROOM HESTER |
| 8 | BOXES W/ VARIOUS JARS W/ green plant substance | BEHIND FRONT COUNTER HESTER |
| 1 | FEDEX INVOICE - FILING SHELVES LEFT OF CASHIER AREA | LEFT OF CASH REGISTER Hester |
| N/A | VARIOUS packets w/ plant matter | LEFT COUNTER SHELF HESTER |
| N/A | TALLY SHEETS VARIOUS papers/documents | END OF COUNTER HESTER |
| 1 | Yellow tablet w/ paper work | FRONT COUNTER Alfred Cooke |
| 1 | Green duffle bag w/ numerous packets w/ green plant matter | LOCATED IN make shift office Hester |
| 1 | ANALYTICAL REPORTS etc. | BEHIND COUNTER CIGARETTE SHELF HESTER |
| N/A | VARIOUS IDENTIFICATIONS | BEHIND FRONT COUNTER UNDER CASH Register - HESTER |
| N/A | Various documents + blank Checks | rear office COOKE |
| | FILE FOLDERS w/ miscellaneous documents | rear office COOKE |
| 1 | Note book w/ TALLY FIGURES | near register HESTER |
| 1 | VARIOUS TALLY SHEETS + DOCUMENTS | Behind front COUNTER - HESTER |

| RECEIVED BY (Signature) | NAME AND TITLE (Print or Type) DEV BAHADUR HAMAL |
|---|---|
| WITNESSED BY (Signature) | NAME AND TITLE (Print or Type) |

FORM DEA-12 (8-02) *Previous editions obsolete*    Electronic Form Version Designed in JetForm 5.2 Version